UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUSS TILLEMAN,

    Plaintiff,

v.      Case No.: 3:24-cv-65-WWB-MCR

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 12), in which he recommends that the case be dismissed for failure to comply with the January 22, 2024 Order (Doc. 5).

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Plaintiff's Amended Complaint (Doc. 7) is **DISMISSED without prejudice**.
3. The Clerk is directed to terminate all pending motions and close the case.

**DONE AND ORDERED** in Jacksonville, Florida on March 12, 2024.

---

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party